Kepley v. Schmidt.

## HENRY B. KEPLEY

### V..

## CARL SCHMIDT.

*Negotiable Paper—Want of Consideration—*Bona Fide *Holder.*

In an action upon a promissory note by a *bona fide* holder, the defense of want of consideration can not avail.

[Opinion filed March 9, 1887.]

APPEAL from the Circuit Court of Effingham County; the Hon. WILLIAM C. JONES, Judge, presiding.

Mr. S. F. GILMORE, for appellant.

No counsel appeared for appellee.

*Per Curiam.* Action upon promissory note by the assignee against the maker, with defense of failure of consideration, with notice to plaintiff. An examination of the record discloses no error of the court in admitting or excluding evidence, nor in giving or refusing instructions, so far as error is assigned in that behalf. The evidence, however, while tending to show a want of consideration for the major part of the note, utterly fails to establish the fact that plaintiff bought the note with notice of such defense. He appears to be a *bona fide* assignee for value before maturity, and as such, was entitled to recover. The verdict is therefore wrong, and the judgment founded thereon will be reversed and the cause remanded for a new trial.

*Reversed and remanded.*